# IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

IN RE: EDUARDO NAVEDO RODRGUEZ
AIDA LUZ TORRES CRUZ

Bkrtcy. No. 11-01078-SEK

Chapter 13

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

Petition Filing Date: Feb 13, 2011
Meeting Date: Mar 17, 2011
DC Track No. 8

Days from petition date: 32
Meeting Time: 9:00 AM

910 Days before Petition: 8/17/2008
☐ Chapter 13 Plan Date: Mar 11, 2011 Dkt.#10 ☐ Amended.

This is debtor(s) 3rd Bankruptcy petition.
Plan Base: $50,170.00

This is the 1st Scheduled Meeting
Confirmation Hearing Date: Apr 26, 2011 Time: 9:00 AM

Payment(s) ☐ Received or ☐ Evidence shown at meeting:
Ck/MO No.  Date  Amount
Total Paid In: $0.00

I. **Appearances:** ☐ Telephone ☐ Video Conference  ☐ Creditor(s) present: ☑ None.
☑ Debtor Present  ☑ ID & Soc. OK  ☐ Debtor Absent
☐ Joint Debtor Present  ☑ ID & Soc. OK  ☐ Joint Debtor Absent
Debtor(s) was/were ☑ Examined ☐ Not Examined under oath.
Attorney for Debtor(s) ☑ Present ☐ Not Present
☐ Substitute attorney:  ☐ Pro-se.

II. Attorneys Fees as per R 2016(b) Statement    Attorney of record: JUAN O CALDERON LITHGOW*
Total Agreed: $0.00    Paid Pre-Petition: $0.00    Outstanding: $0.00 THROUGH THE PLAN

III. Trustee's will file Motion to Dismiss: ☐ For Failure to appear;  ☐ For Failure to commence payments.

IV. Trustee's Report on Confirmation & Status of §341 Meeting
Debtor(s) Income is (are) ☑ Under ☐ Above Median Income.  Liquidation Value: 0.00 (TBD)
Commitment Period is ☑ 36 ☐ 60 months. [§1325(b)(1)(B)] Gen. Unsecured Pool: 0
100% The Trustee ☐ RECOMMENDS ☑ OBJECTS Plan confirmation.
§341 Meeting ☐ CONTINUED ☐ NOT HELD ☑ CLOSED ☐ HELD OPEN FOR ___ DAYS
§341 Meeting Rescheduled for:

V. Trustee's OBJECTIONS to Confirmation:  ① ②
☑ FEASIBILITY [§1325(a)(6)] ☐ INSUFFICIENTLY FUNDED ☐ To pay §507 ☑ Fails Creditor's Best Interest Test §1325(A)(4)
☐ FAILS DISPOSABLE INCOME REQUIREMENTS ☐ Tax returns requirements. [§1308]
☐ Failure to comply with DSO requirements ☐ Plan not filed in Good Faith §1325(a)(3) ☐ Unfair Discrimination §1322(a)(3)

ADDITIONAL OBJECTIONS / COMMENTS:

1) Debtor will submit appraisal of property located in Vega Baja Lakes, as indicated in 341 meeting.
2) Debtor will amend Schedule B to include vehicle 1994 Vitara.
3) Debtors will request permission to have a 1st payment in $0.00

/s/ José R. Carrión
Trustee

Presiding Officer

Page 1 of 1

Date: Mar 17, 2011